# STATE v. H. S. McKINLEY.[1]

May 26, 1911.

Nos. 17,127—(16).

**Justice of the peace — docket entries.**

The docket entries of a justice, fixing the time and place for appearance before the justice to whom the cause is transferred, cannot be impeached by affidavit showing an oral agreement.

**Costs imposed as part of sentence.**

Under R. L. 1905, § 4021, the district court, on appeal from a conviction before a justice, on affirmance, can impose as part of the sentence the whole or any part of the costs before the justice and in the district court.

Appeal by defendant from the judgment of the district court for Aitkin county, entered pursuant to the order of Stanton, J., affirming a conviction in justice court of the offense of maintaining an unlicensed drinking place. Affirmed.

*J. C. Hessian,* for appellant.

*Louis Hallum,* for the State.

PER CURIAM.

Defendant was prosecuted before a justice of the peace on the charge of maintaining an unlicensed drinking place, wherein intoxicating liquors were sold by him as a beverage. Upon conviction, he appealed to the district court, where the judgment of the justice was affirmed. He then appealed to this court.

We discover nothing in the record requiring discussion or extended mention. The complaint sufficiently charges a violation of section 1550, R. L. 1905. It is not important that the statute does not define "an unlicensed drinking place." No definition is necessary. The statute sufficiently indicates the intention of the legislature, namely, to punish those maintaining places where intoxicating liquors are sold without a license.

[1] Reported in 131 N. W. 369.

The docket entries of the justice, fixing the time and place for appearance before the justice to whom the cause was transferred, cannot be impeached by affidavit showing an oral understanding of the parties upon the question. Plymat v. Brush, 46 Minn. 23, 48 N. W. 443; Larson v. Dukleth, 74 Minn. 402, 77 N. W. 220. Section 4021, R. L. 1905, authorizes the district court in cases of this kind, where the judgment of the justice is affirmed, to impose, as a part of the sentence, the whole or any part of the costs of both the justice and the district court. There was no error, therefore, in so ordering in this case. Presumptively the district court properly ascertained the amount of the justice court costs. If there was error in so doing, the remedy was by motion in the court below, and not by appeal in the first instance.

Judgment affirmed.